BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG, PC
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bkt@thorndal.com
*Attorneys for Defendants ERC Specialists,*
*The Law Office of Rocky Crofts and Rocky D. Crofts*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YAYAS KITCHEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ERC SPECIALISTS, LLC., a Utah limited liability company; THE LAW OFFICE OF ROCKY D CROFTS, LLC; ROCKY D. CROFTS, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.  2:23-cv-01558-GMN-VCF |

**DEFENDANTS, ERC SPECIALISTS, LLC, THE LAW OFFICE OF ROCKY D. CROFTS, LLC, AND ROCKY D. CROFTS' AMENDED CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for defendants, ERC Specialists, LLC, The Law office of Rocky D. Crofts, LLC and Rocky D. Crofts, certifies that to the best of his knowledge at this point in the litigation no individual or entity, other than the above referenced parties in the caption of the lawsuit, have a direct or pecuniary interest in the

-1-

outcome of the case. And hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party:

(1) ERC Specialists, a nongovernmental corporate party, is a limited liability company and does not have any stock. Accordingly, no parent corporation or publicly held corporation owns 10% or more of its stock.

(2) ERC Specialists members include: (i) Redbeard Ventures, LLC, whose members include Mark Sullivan and April Sullivan, Utah citizens, Tweety's Dynasty Trust, a Utah private trust whose members include Mark Sullivan and April Sullivan, and the Koskie Dynasty Trust, a Utah private trust whose members include Mark Sullivan and April Sullivan, both Utah citizens; (ii) Moshka Investments, LLC, whose members include Justin Atkinson, a Utah citizen; (iii) Argent Capital, who's members include Josh Zieglowsky, a Utah citizen; (iv) True North Trading Co., LLC, who's members include Shane Sullivan, a Utah citizen; (v) MSI Ventures, LLC, who's members include Rusty Pollard, a Utah citizen, and Jennica Pollard, a Utah citizen; (vi) Blackwater Equity, LLC, who's members include Chandler Chavis, a Utah citizen; (vii) Rocky Crofts, a Utah citizen; (viii) Geri Bohn, a Utah citizen; and (ix) RevRoad, LLC, whose members include over 100 individuals, none of whom are Nevada Citizens.

(3) The Law Office of Rocky Crofts, LLC, is a Utah LLC, whose members include Rocky Crofts, a Utah citizen.

(4) Rocky Crofts is a Utah citizen.

/ / /

/ / /

-2-

This representation is offered to the court to enable the judges to evaluate possible recusal.

DATED this 20th day of November, 2023.

                                          THORNDAL ARMSTRONG, PC

                                        */s/ Brian K. Terry*
                                        Brian K. Terry, Esq.
                                        Nevada Bar No. 003171
                                        1100 East Bridger Avenue
                                        Las Vegas, NV 89101-5315
                                        Tel.: (702) 366-0622
                                        Fax: (702) 366-0327
                                        E-Mail: bkt@thorndal.com
                                        *Attorneys for Defendants ERC Specialists, The Law Office of Rocky Crofts and Rocky D. Crofts*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2023, a true and correct copy of the forgoing **DEFENDANTS, ERC SPECIALISTS, LLC, THE LAW OFFICE OF ROCKY D CROFTS, LLC AND ROCKY D. CROFTS' CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1** was electronically filed with the Clerk of the Court using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| NAME | TEL., FAX & E-MAILS | PARTY REPRESENTING |
|---|---|---|
| James A. Beckstrom, Esq.<br>Beckstrom & Beckstrom, LLP<br>400 South 4th Street, Suite 650<br>Las Vegas, Nevada 89101 | Tel.:  (702) 300-0599<br><br>E-Mail:<br>jb@beckstromlaw.com | Plaintiff,<br>Yayas<br>Kitchen, LLC |

/s/ Jalene A. Anderson
An employee of THORNDAL ARMSTRONG, PC