BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG, PC
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bkt@thorndal.com
*Attorneys for Defendants ERC Specialists,
The Law Office of Rocky Crofts and Rocky D. Crofts*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YAYAS KITCHEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ERC SPECIALISTS, LLC., a Utah limited liability company; THE LAW OFFICE OF ROCKY D CROFTS, LLC; ROCKY D. CROFTS, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.  2:23-cv-01558-GMN-VCF<br><br>**STIPULATED MOTION TO DISMISS AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendants ERC Specialists, LLC, The Law Office of Rocky D. Crofts, LLC, and Rocky D. Crofts (collectively referred to as "Defendants"), and Plaintiff Yayas Kitchen, move the Court for entry of an Order to dismiss Plaintiff's Complaint and Defendants' Counterclaim with prejudice. The parties have fully resolved and settled this case. Each party will bear their own fees and costs.

/ / /

/ / /

-1-

*Yayas Kitchen v. ERC Specialists, LLC, et al.*
*2:23-cv-01558-GMN-VCF*
*Stipulated Motion to Dismiss and [Proposed] Order for Dismissal with Prejudice*

Dated the 8th day of December, 2023.

 /s/ James A. Beckstrom
James A. Beckstrom, Esq.
Nevada Bar No. 14032
BECKSTROM & BECKSTROM, LLP
400 South 4th Street, Ste. 650
Las Vegas, Nevada 89101

Dated the 8th day of December, 2023.

/s/ Brian K. Terry
Brian K. Terry, Esq.
Nevada Bar No. 3171
THORNDAL ARMSTRONG, PC
1100 East Bridger Avenue
Las Vegas, NV 89101-5315

**IT IS SO ORDERED:**

This case shall be dismissed with prejudice, with each party to bear their own fees and costs.

UNITED STATES JUDGE

DATED: December 8, 2023

-2-

**Jalene A. Anderson**

| | |
|---|---|
| **From:** | Brian K. Terry |
| **Sent:** | Friday, December 8, 2023 1:19 PM |
| **To:** | Jalene A. Anderson |
| **Subject:** | FW: ERCS and Crofts adv. Yayas - Signed Settlement Agreement |


Brian K. Terry | Shareholder | Thorndal Armstrong, PC
1100 E. Bridger Avenue,  Las Vegas, NV  89101
Phone: (702) 366-0622 | fax: (702) 366-0327 | bkt@thorndal.com
_____
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

www.thorndal.com



**From:** Ryan P. Atkinson <ratkinson@Strongandhanni.com>
**Sent:** Friday, December 8, 2023 12:52 PM
**To:** James Beckstrom <JB@beckstromlaw.com>; Brian K. Terry <BKT@thorndal.com>
**Cc:** Jordan Greenburg <jgreenburg@strongandhanni.com>
**Subject:** RE: ERCS and Crofts adv. Yayas - Signed Settlement Agreement


Me too.

Thanks,

Ryan P. Atkinson
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT   84111
Telephone:  (801) 532-7080
Facsimile:  (801) 596-1508
E-mail:   ratkinson@strongandhanni.com
Website:   www.strongandhanni.com
*Admitted in Utah and Wyoming*

 

**CONFIDENTIALITY NOTICE:**  This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, attorney-client privileged, or otherwise exempt,

by law, from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the law firm of Strong & Hanni immediately at the telephone number listed above, or by reply to this transmission.

**From:** James Beckstrom <JB@beckstromlaw.com>
**Sent:** Friday, December 8, 2023 1:51 PM
**To:** Brian K. Terry <BKT@thorndal.com>; Ryan P. Atkinson <ratkinson@Strongandhanni.com>
**Cc:** Jordan Greenburg <jgreenburg@strongandhanni.com>
**Subject:** RE: ERCS and Crofts adv. Yayas - Signed Settlement Agreement


Good with me.

**James A. Beckstrom, Esq.**
400 S. 4th Street, Suite 650
Las Vegas, NV 89101
O: 725.300.0599
D: 725.201.0166
M. 714.875.0351
F. 725.300.0261
jb@beckstromlaw.com
Admitted: NV & CA



**From:** Brian K. Terry <BKT@thorndal.com>
**Sent:** Friday, December 8, 2023 12:51 PM
**To:** Ryan P. Atkinson <ratkinson@Strongandhanni.com>; James Beckstrom <JB@beckstromlaw.com>
**Cc:** Jordan Greenburg <jgreenburg@strongandhanni.com>
**Subject:** RE: ERCS and Crofts adv. Yayas - Signed Settlement Agreement

Ryan and James,

Just to make sure, I will file the revised by James stip and order, correct?

Brian K. Terry | Shareholder | Thorndal Armstrong, PC
1100 E. Bridger Avenue,  Las Vegas, NV  89101
Phone: (702) 366-0622 | fax: (702) 366-0327 | bkt@thorndal.com
_____
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

www.thorndal.com